# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WOLFDY GERALD DOMOND,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-0772

[January 11, 2018]

Appeal from the Circuit Court for the Nineteenth Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312016CF000201A.

Carey Haughwout, Public Defender, and Travis Dunnington, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and James J Carney, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***